# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman First Class JERIMIA D. WOOD
### United States Air Force

### ACM S32346

### 21 September 2016

Sentence adjudged 5 August 2015 by SPCM convened at Seymour Johnson Air Force Base, North Carolina. Military Judge: Tiffany M. Wagner (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 20 days, and reduction to E-1.

Appellate Counsel for Appellant: Major Lauren A. Shure and Captain Patricia Encarnacion Miranda.

Appellate Counsel for the United States: Mr. Gerald R. Bruce, Esquire.

Before

DUBRISKE, HARDING, and C. BROWN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court